**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
BEATRICE SHIRLEY WILLIAMS STEELE,

                 Plaintiff,

-against-                                         25 **CIVIL** 1664 (LLS)

## JUDGMENT

1085 NELSON LLC APTS,

                 Defendant.
----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated August 12, 2025, the Court dismisses this action for lack of subject matter jurisdiction. *See* Fed. R. Civ. P. 12(h)(3).

**Dated:** New York, New York

      August 14, 2025

                                               **TAMMI M. HELLWIG**
                                                **Clerk of Court**

                  **BY:**      *K. Mango*

                                                 **Deputy Clerk**